█ CARL HENSLER, Respondent, v DOMINIC A. GALASSO, Appellant. [982 NYS2d 417]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered April 29, 2013. The order denied the motion of defendant for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on December 30, 2013, and filed in the Erie County Clerk's Office on January 23, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

█ In the Matter of ANTHONY J. VENETTOZZI, Appellant, v HEIDI L. MANTELLI, Respondent. [982 NYS2d 807]—Appeal from an order of the Family Court, Oneida County (Louis P. Gigliotti, A.J.), entered July 2, 2012 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petitions.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.